# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 23-cr-00537 |
| | ) | |
| **V.** | ) | |
| | ) | **Judge Gabriel Fuentes** |
| **NATHANIEL BUTLER-LUDWIG** | ) | |

## MOTION TO WITHDRAW

Defendant NATHANIEL BUTLER-LUDWIG, by the Federal Defender Program and its attorney AMANDA G. PENABAD, moves this Court for entry of an order permitting the Federal Defender Program and Ms. Penabad to withdraw as counsel for Mr. Butler-Ludwig. In support of this motion, the defendant states as follows:

1. Mr. Butler-Ludwig was named in a single-count complaint charging him with possession with intent to distribute a controlled substance, in violation of 21 U.S.C. §841(a)(1). Dkt. #1. His initial appearance was held on October 11, 2023. Dkt. #2. The Federal Defender was appointed to represent Mr. Butler-Ludwig at his initial appearance. *Id*.

2. Yesterday afternoon, retained counsel filed notices of appearance. *See* Dkts. #9, 10. Consequently, the Federal Defender seeks leave to withdraw its appearance.

WHEREFORE, for the foregoing reasons, the defendant and defense counsel respectfully request that this Court permit defense counsel to withdraw as attorney.

    Respectfully Submitted,

    FEDERAL DEFENDER PROGRAM
    John F. Murphy
    Executive Director

    By: s/*Amanda G. Penabad*
        Amanda G. Penabad
        Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned, Amanda G. Penabad, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**MOTION TO WITHDRAW**

was served pursuant to the district courts ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on October 18, 2023, to counsel/parties that are non-ECF filers.

By: s/*Amanda G. Penabad*
Amanda G. Penabad
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8300