CAT 4
FILED
11/8/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
SH   23CR537   FELONY
JUDGE KNESS
MAGISTRATE JUDGE FUENTES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment arising out of offenses charged in one or more previously filed complaints signed by a magistrate judge? **Yes**

   1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: **U.S. v. Nathaniel Lee Butler-Ludwig 23 CR 00537**

   1b. Should this indictment receive a new case number from the Court? **No**

2. Is this an indictment that supersedes one or more previously filed indictments? **No**

   2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment and the name of the assigned judge (Local Rule 40.3(b)(2)): **N/A**

3. Is this a re-filing of a previously dismissed indictment? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment? **Felony**

7. Does this indictment involve eight or more defendants? **No**

8. Does this indictment include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Food & Drug Laws (IV)**

10. List the statute of each of the offenses charged in the indictment.
    Title 21, United States Code, Section 841(a)(1)
    Title 21, United States Code, Section 841(a)(1)

/s/ Anne L. Yonover
Anne L. Yonover
Assistant United States Attorney