IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **United States of America** ) | |
| Plaintiff(s), ) | |
| ) | Case No: 1:23-cr-00537-2 |
| v. ) | Magistrate Judge Gabriel A. Fuentes |
| ) | |
| **Willie Robinson, III** ) | |
| Defendant(s), ) | |

## ORDER

    Arraignment held. Attorney Pravin B. Rao appears pro bono on behalf of Defendant. The bond conditions previously set in 23 CR 553 (doc. #5) to stand in this instance regardless of the ruling on the government's pending motion to dismiss (doc #8 in 23 CR 553). Defense acknowledges receipt of the Indictment and waives formal reading. Defendant enters a plea of not guilty to all counts in the Indictment. The schedule for certain preliminary proceedings is as follows: Rule 16.1(a) conference to be conducted by 12/8/23. A status hearing before Judge Kness is set for 10:30 a.m. on 1/4/24 in Judge Kness' courtroom at the Dirksen U.S. Courthouse, 219 S. Dearborn St., Chicago IL 60604. Government's oral motion to exclude time through and including 1/4/24 is granted without objection. At the initial status hearing, counsel for the United States and for the defendant must be prepared to discuss a reasonable but firm schedule for the filing and briefing of pretrial motions. As part of the preparation required for the initial status hearing, counsel must gain a working familiarity with both the nature and volume of discovery. The time from 11/28/23 through and including 1/4/24 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the time that is reasonably necessary for effective preparation. Such delay outweighs the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case.

(00:10)

Date: 11/28/2023

/s/ *[signature]*
Gabriel A. Fuentes
United States Magistrate Judge