# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

      Plaintiff,

v.            Case No.: 1:23–cr–00537
            Honorable John F. Kness

Nathaniel Lee Butler–Ludwig, et al.

      Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 28, 2024:

  MINUTE entry before the Honorable John F. Kness as to Willie B. Robinson, III: The parties informed the Court that Defendant is preparing to enter a change of plea in this case. Accordingly, an in–person change of plea hearing is set for 10/29/2024 at 10:30 A.M. Government counsel must submit a draft of the plea agreement to Judge Kness at proposed_order_kness@ilnd.uscourts.gov on or before 10/23/2024. Accordingly, the status hearing set for 8/29/2024 is stricken. Time is excluded without objection from 8/29/2024 through and including 10/29/2024 under 18 U.S.C. 3161(h)(7) to serve the ends of justice. Excluding time will allow the parties the reasonable time necessary to continue plea negotiations. Such delay outweighs the interests of the public and the Defendant in a speedy trial. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.